Our File No. 66200c

**CERTIFICATE OF MAILING**

The undersigned hereby certifies as follows:

    1. I am employed by the law firm of Methfessel & Werbel.

    2. On September 7, 2007 the undersigned prepared and forwarded copies of the within Notice of Adoption, via ECF, to the following parties:

        William J. Dubanevich, Esq.
        Worby Groner Edelman & Napoli Bern, LLP
        5 Broadway, 12th Floor
        New York, NY 10006
        Attorneys for: Claudio Agudo

        All Defense Counsel

    3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

                                        Frank J. Keenan