John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                     :
MANHATTAN DISASTER SITE LITIGATION
-------------------------------------------------------------------- x  Civil Action No.: 07CV4447
CLAUDIO AGUDO,
                                                                         :
                          Plaintiffs,                                     **NOTICE OF BATTERY PARK
                                                                         :   CITY AUTHORITY's
         -against-                                                            ADOPTION OF ANSWER TO
                                                                         :   MASTER COMPLAINT**
ALAN KASMAN D/B/A KASCO, ET AL.,
                                                                         :
                          Defendants.
-------------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       September 24, 2007

1698303.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.:    06867.00096

By: *[signature]*
John M. Flannery (JMF-0229)

1698303.1