UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X    07CV4447 (AKH)
CLAUDIO AGUDO,

                                 Plaintiffs,

     -  against --                                                                                         AMENDED
                                                                                                                                                                                                                                                              ANSWER

25 BROADWAY OFFICE PROPERTIES, LLC,
ACTA REALTY CORP.
ALAN KASMAN DBA KASCO, AMERICAN
EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY,
AMERCIAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BFP TOWER C CO.
LLC., BFP TOWER C MM LLC., BLACKMON- MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BOARD OF EDUCATION OF CITY OF NEW YORK,
BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC.,
DEPARTMENT OF BUSINESS SERVICES,
ENVIROTECH CLEAN AIR,
INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
LEHMAN BROTHERS HOLDING INC., LEHMAN BROTHERS,
INC., LEHMAN COMMERCIAL PAPER, INC., MCCLIER
CORPORATION, MERRILL LYNCH & CO, INC.,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP
INC., TRAMMELL CROW COMPANY, TRAMMELL CROW
CORPORATE SERVICES, INC.,
TRIBECA LANDING LLC.,
TUCKER ANTHONY INC.,
WARWICK & CO.,
WESTON SOLUTIONS, INC.,
WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P.,
WFP TOWER A CO.,

WFP TOWER A CO GP CORP,
WFP TOWER A CO LP,
WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP, AND WFP
TOWER B. CO., ET AL

                                                  Defendants.

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       January 21, 2008

                                      Yours, etc.

                                      FRIEDMAN, HARFENIST, LANGER & KRAUT
                                      Attorneys for Defendant –Envirotech
                                      3000 Marcus Avenue, Suite 2E1
                                      Lake Success, New York 11042
                                      (516) 775-5800

                                      BY: _____
                                            Heather L. Smar (4622)